# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| Carrie Donoghue, | : |
| | : Civil Action No.: 1:14-cv-01907-TWP-TAB |
| Plaintiff, | : |
| v. | : |
| Synchrony Bank f/k/a GE Capital Retail Bank; and DOES 1-10, inclusive, | : |
| Defendants. | : |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party.

| Carrie Donoghue | Synchrony Bank f/k/a GE Capital Retail Bank |
|---|---|
| ___/s/ Amy L. Cueller_____ | ___/s/ Timothy R. Carraher_____ |
| Amy L. Cueller, Esq. #15052-49 | Timothy R. Carraher, Esq. |
| The Cueller Law Office | Reed Smith LLP |
| Inland Building | 10 South Wacker Drive |
| 156 E. Marker Street, Suite 600 | 40th Floor |
| Indianapolis, IN 46204 | Chicago, IL 60606 |
| | (312) 207-1000 |
| Of Counsel to: | Attorney for Defendant |
| Lemberg Law, LLC | |
| 1100 Summer Street, 3rd Floor | |
| Stamford, CT 06905 | |
| (203) 653-2250 | |
| Attorney for Plaintiff | |

5/28/2015

SO ORDERED

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

## CERTIFICATE OF SERVICE

      I hereby certify that on May 27, 2015, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Southern District of Indiana Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                              By /s/ Amy L. Cueller_____
                                                      Amy L. Cueller